# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON R. JOHNSON,** | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:25-cv-00167-ALM-KLL |
| v. | : |
| | : Judge Algenon L. Marbley |
| | : Magistrate Judge Karen L. Litkovitz |
| **WARDEN, FRANKLIN COMMUTEAIR,** | : |
| **CORRECTIONAL INSTITUTION,** *et al.*, | : |
| Defendants. | : |

## ORDER

This matter comes before this Court on the Magistrate Judge's Report and Recommendation ("R&R") that Petitioner Brandon R. Johnson's application for leave to proceed *in forma pauperis* (ECF No. 1) be denied and Petitioner be ordered to pay the full filing fee of $5.00 within thirty (30) days. (ECF No. 22). The R&R advised Petitioner of his right to object to the R&R within fourteen (14) days and on the rights he would waive by failing to do so. (*Id*. at 2). No objection has been filed, and the time for doing so has passed. Having reviewed the R&R, this Court **ADOPTS** the analysis therein and **DENIES** the motion for leave to proceed in forma pauperis (ECF No. 1). Additionally, it appears that Petitioner has paid the full filing fee of $5.00 on March 27, 2025.

IT IS SO ORDERED.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

**DATED: April 14, 2025**