## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **BRANDON R. JOHNSON,** | : | |
| | : | **Case No. 2:25-cv-167** |
| **Petitioner,** | : | |
| | : | **Judge Algenon L. Marbley** |
| v. | : | |
| | : | **Magistrate Judge Karen L. Litkovitz** |
| **WARDEN, FRANKLIN COUNTY** | : | |
| **CORRECTIONAL CENTER** *et al.*, | : | |
| | : | |
| **Respondents.** | : | |

### OPINION & ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 6), recommending dismissal of Petitioner Brandon R. Johnson's habeas petition for lack of prosecution, and this Court's December 10, 2025 Order to Show Cause directing Petitioner to respond by January 12, 2026.  (ECF No. 8 at 3).

To date, Petitioner has not responded to the Order to Show Cause, nor has he objected to the Report and Recommendation.  Therefore, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** this case for lack of Prosecution.  The Clerk of Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED:  February 27, 2026